**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DESHAME BRANCH,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 67163

**FILED**

FEB 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is an original petition for a writ of habeas corpus. Petitioner seeks an order directing his immediate release from Lake's Crossing Center in order that he may stand trial. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Deshame Branch
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk